**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>Shawnlee Allred</u>

    v.                                                  Case No. 18-cv-286-PB

<u>FNU LNU, Supervisor, Social
Security Office, Nashua, NH;
FNU Robinson, Hearings/Decisions,
Social Security Office, Nashua,
NH; and Staff, Social Security
Office, Nashua NH</u>

**REPORT AND RECOMMENDATION**

    In an order dated October 29, 2018, Shawnlee Allred was directed to file an amended complaint within 30 days or risk the dismissal of his complaint. More than 90 days later, he had not filed an amended complaint, and in order dated February 4, 2019, he was given another 30 days to file an amended complaint. He has not done so. Accordingly, I recommend the dismissal of Allred's complaint for failure to prosecute, without prejudice.

    Any objection to this Report and Recommendation must be filed within 14 days of receipt of this notice. <u>See</u> Fed. R. Civ. P. 72(b)(2). The 14-day period may be extended upon motion. Failure to file a specific written objection to the Report and Recommendation within the specified time waives the

1

right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

March 12, 2019

cc: Shawnlee Allred, pro se

2